Paul H. Duvall (State Bar No. 73699)
King & Ballow
750 B Street, Ste. 2700
San Diego, CA 92101
Telephone: (619) 236-9401
Facsimile: (619) 236-9437

Priority ___
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT
MAR 15 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Attorney for Plaintiffs
BRIDGEPORT MUSIC INC., SOUTHFIELD MUSIC, INC.,
WESTBOUND RECORDS, INC.

LODGED
2005 MAR 11 AM

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CV05 1774 CBM

| | |
|---|---|
| Bridgeport Music Inc., et al., | ) Case Number: CV-MISC. 04-111 |
| Plaintiffs, | ) REQUEST AND ORDER FOR |
| | ) SERVICE OF PROCESS BY |
| vs. | ) REGISTERED PROCESS SERVER |
| Rashaam A. Smith a/k/a Esham A. Smith p/k/a Esham, et al., | ) [Rule 4(c), Fed. R. Civ. P.; Local Rules 19.2 and 19.3] |
| Defendants. | ) |
| | [No Hearing Required] |

Plaintiffs, Bridgeport Music Inc, Southfield Music, Inc. and Westbound Records, Inc. pursuant to the provisions of Rule 4 (c) of the Federal Rules of Civil Procedure and Rules 19.2 and 19.3 of the Local Rules of Practice of the United States District Court for the Central District of California, request that Diversified Legal Services who is at least 18 years of age, of suitable discretion and not a party to the within action, be authorized and appointed to serve the writs in the above case. The U.S. Marshals Office will remain the Levying Officer.

IT IS SO ORDERED

3/14/05
Date

DOCKETED ON CM
MAR 18 2005
BY _____ 026

_____
Judge

3